IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| ELIZABETH JEAN BOSTWICK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:08-0751 |
| | ) | Judge Trauger |
| WACHOVIA BANK, | ) | Magistrate Judge Knowles |
| | ) | |
| Defendant. | ) | |

**O R D E R**

On January 6, 2009, the Magistrate Judge issued a Report and Recommendation (Docket No. 4), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**.

It is so **ORDERED.**

Enter this 23rd day of February 2009.

_____
ALETA A. TRAUGER
U.S. District Judge